IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| Neil Allran, et al., ) | |
| ) | Civil Action No. 5:11-36-DCN-KM |
| Plaintiffs, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| Graham C. Mullen, ) | |
| ) | |
| Defendant. ) | |
| ) | |

      This action was removed to the United States District Court for the Western District of North Carolina on March 22, 2011. On April 6, 2011, the Fourth Circuit Court of Appeals designated the Honorable David C. Norton, Chief United States District Judge of the District of South Carolina, to preside in this case. By order filed June 1, 2011, Judge Norton referred all pretrial motions in this case to the undersigned.

      On March 22, 2011, the defendant filed a motion to dismiss. The response to the motion to dismiss was due on April 8, 2011. The plaintiffs, who are represented by counsel, failed to file a response to the motion to dismiss.

      Now, therefore,

      IT IS ORDERED that the plaintiffs shall have through June 27, 2011, in which to file their response(s) to the motion to dismiss.

      IT IS SO ORDERED.

      s/Kevin F. McDonald
      United States Magistrate Judge

June 2, 2011

Greenville, South Carolina