# United States District Court
## For The Western District of North Carolina
### Statesville Division

Neil Allran, Terry Spoerle
and Leslie Dale,

                Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                       5:11cv36

Graham C. Mullen,

                Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 26, 2011 Order.

                    Signed: July 26, 2011

                    Frank G. Johns, Clerk
                    United States District Court